



AO 91 (Rev. 08/09)  Criminal Complaint

FILED

DEC 16 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

United States of America
v.
MARCUS ETIENNE and ELIZABETH GOBER

)
)
)
)
)
)

Case No.   **3  16 - 7 1 6 6 3**

SAN FRANCISCO VENUE

**JSC**

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___August 2015 through May 2016___ in the county of ___San Francisco___ in the
___Northern___ District of ___California___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), 841(b)(1)(B), 846 | Conspiracy to possess with intent to distribute and to distribute marijuana. |

MAXIMUM PENALTIES:
Not less than 5 years and not more than 40 years imprisonment; Not more than $5,000,000 fine; Not less than 4 years of supervised release.

If the defendant has prior conviction for felony drug offenses: Not less than 10 years and not more than life imprisonment; Not more than $8,000,000 fine; Not less than 8 years of supervised release.

This criminal complaint is based on these facts:

See attached affidavit of Federal Bureau of Investigation
Special Agent Daniel Daley

Approved As To Form

_____
AUSA William Frentzen

☐ Continued on the attached sheet.

_____
_Complainant's signature_

Daniel Daley, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: ___12 - 13 - 16___

_____
_Judge's signature_

City and state: ___San Francisco, California___

HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge
_Printed name and title_



## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Daniel S. Daley, being duly sworn, declare as follows:

## INTRODUCTION AND QUALIFICATIONS OF AFFIANT

1.     I am a Special Agent with the United States Department of Justice, Federal Bureau of Investigation ("FBI") and have been so employed since March 2003. After being hired as a Special Agent, I attended a 17-week academy in Quantico, Virginia, where I was trained in federal investigations. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for federal felony offenses.

2.     I am currently assigned to the Safe Streets Task Force ("SSTF") of the FBI in the Oakland Resident Agency of the FBI's San Francisco Division, and have been assigned to this task force since July 2015. The primary mission of the SSTF is to investigate and prosecute violent incident crimes and drug trafficking associated with gangs and other criminal organizations.

3.     As a Special Agent for the FBI, I have participated in numerous federal investigations, including investigations related to narcotics trafficking, firearms violations, homicides, racketeering, public corruption, and counterterrorism.

4.     I have been a sworn law enforcement officer since 1997. I was a Reserve Deputy Sheriff in Marion County, Oregon for over 2 years and I was a Special Agent for the Internal Revenue Service, Criminal Investigation Division in Oakland, California for over 3 years prior to becoming an FBI Special Agent.

## STATEMENT OF PROBABLE CAUSE

5.      The FBI is currently investigating a multi-state violent drug trafficking organization

(DTO) which your affiant believes to be lead in part by Marcus ETIENNE with the assistance of

his wife Elizabeth GOBERT.  ETIENNE and GOBERT reside in the area of Lafayette and

Opelousas, Louisiana.  This affidavit contains probable cause to believe that, between at least in

or around August 2015 through at least in or around May 2016 in the Northern District of

California and elsewhere, ETIENNE, GOBERT and others conspired to possess with intent to

distribute and to distribute marijuana, in violation of 21 U.S.C. §§ 846, 841(a)(1) and

841(b)(1)(B).

*JANUARY 29*th *, 2016 Currency Seizure*

6.      On January 29, 2016 Houston Police Dept. Officer Alan Heinle and Julie Derkowski

made contact with Elizabeth GOBERT and Marcus ETIENNE  at the George Bush

Intercontinental Airport. Officers Heinle and Derkowski had received information that Etienne

and GOBERT had suspicious flight itineraries for travel from Lafayette, Louisiana to San

Francisco, California through a connecting flight in Houston, TX.   Officer Heinle made contact

with Etienne and asked if he could speak with him. Officer Heinle reported that Etienne said yes.

Officers Heinle and Derkowski reported that they were in plain cloths and had no weapons

visible, and further reported that neither officer blocked ETIENNE's path at any time during the

conversation. Etienne provided his boarding pass and a form of identification to Officer Heinle.

Officer Heinle reported that when asked how many pieces of luggage he was traveling with

today, ETIENNE pointed to the bag at his feet and stated that this was his only piece of luggage.

Officers reported that they had prior information that ETIENNE had a checked suitcase also.

Officer Heinle reported that Etienne was asked three times if he had any other luggage and each

time Etienne said that he only had his carry-on bag.

7.      Officer Heinle reported that he explained to ETIENNE that he was a narcotics officer and

asked Etienne if he had any narcotics or large sums of money. Officer Heinle reported that

Etienne said no to the questions. Officer Heinle reported that ETIENNE provided consent to search his bag. Officer Heinle reported that he located a Louis Vuitton Wristlet that contained numerous bundles of money. When asked about the money, Officer Heinle reported that ETIENNE stated that the money belonged to him. Officer Heinle asked ETIENNE to accompany him to the Houston Police Department office located in Terminal B of the airport. Officer Heinle reported that ETIENNE interrupted and told Officer Heinle, "Just take the money, all the money. I just want to get on the plane." Officer Heinle reported that he took custody of the U.S. currency and Etienne boarded his flight.

8.      At the time when Officer Heinle was speaking with ETIENNE, Officer Derkowski approached Elizabeth GOBERT to speak with her and introduced herself as a police officer. Officer Derkowski reported that Gobert advised that she was traveling to Eureka, California. When asked if she was traveling with someone, Officer Derkowski reported that GOBERT pointed to ETIENNE and advised that ETIENNE was her husband. When asked if they had any luggage today, GOBERT advised that they had the bag being carried by her husband and one additional piece of checked luggage.  When asked if GOBERT had any weapons, drugs, or large sums of money, Officer Derkowski reported that GOBERT admitted that she had some money in her purse and added that it had been placed inside her purse by ETIENNE.  GOBERT advised that she did not know how much money was in her purse, Officer Derkowski reported that GOBERT stated that she did not know because it was ETIENNE's money. Officer Derkowski reported that GOBERT was asked about the purpose of the money and seemed confused and said that they were going to purchase a car. When asked for particulars about the car, Officer Derkowski reported that GOBERT became more confused and was unable to answer Officer Derkowski's questions. Officer Derkowski reported that she asked GOBERT if she could search Gobert's purse and GOBERT replied, "yes, just take the whole thing (purse), it's not mine and I want to leave." Officer Derkowski reported that Officer Derkowski took the money out of the purse and handed the purse back to GOBERT. Officer Derkowski reported that she asked if

3

GOBERT wanted a receipt and GOBERT replied that she did not because it was not her money. Officer Derkowski reported that GOBERT then walked away.

9.      Houston Officers reported that a total of $23,923.00 dollars was seized from GOBERT and ETIENNE during the above incident.

*March 22, 2016 Murder of Trince Thibodeaux*

10.     On March 22, 2016, Trince Thibodeaux was shot in the area of 90th Avenue and International Blvd., in Oakland, California and later died from his injuries. Oakland Police Department homicide investigators and FBI agents responded to the scene of the homicide.

11.     FBI Agents and Oakland Police Dept. Officers reviewed surveillance video from the time of the homicide, which was provided by area businesses. The video surveillance showed that Thibodeaux was with at least three other individuals at the time of his murder. Agents and officers also noted that the video showed that the person who shot Thibodeaux later bent down over Thibodeaux following the shooting before fleeing the area of the shooting.

12.     Jaqueleen Kirk, identified as the mother of Thibodeaux's child, contacted Oakland Police Dept. Sgt. Vass following the homicide of Thibodeaux. In the telephone conversation, and in subsequent conversations, Kirk provided that Thibodeaux was involved in a narcotics conspiracy which purchased marijuana from locations in the Northern District of California to later be sold in Louisiana. Kirk identified Rodney Savoy as an associate of Thibodeaux and advised that Savoy was also involved in the narcotics conspiracy.

13.     On March 28, 2016 a DEA Source of Information (SOI) contacted DEA Lafayette and provided that he/she met with Thibodeaux on Sunday March 20, 2016. The SOI stated that Thibodeaux met the SOI in Thibodeaux's white Toyota Camry rental vehicle and provided the California license plate as 7ZPZN277, as reported by DEA TFO Corey Winmill.  The SOI stated that during the visit with Thibodeaux, he/she noted a bottle of codeine in the cup holder which was prescribed to Marcus Etienne. SA Heideman and Sgt. Vass later attained a variation of the provided plate as 7PZN277, which is registered in the state of California as a White 2016 Toyota

4

Camry, owned by Fox Rent A Car. Sgt. Vass attained rental records concerning the Camry and noted that the vehicle was rented by Elizabeth GOBERT on March 20, 2016. SA Heideman reviewed the rental records and noted that the vehicle was picked up in Oakland, California on 03/16/2016 and returned to San Francisco, California on 03/21/2016, the day before Thibideaux's murder.

14.     On March 31, 2016 Sgt. Vass called and spoke to Rodney Savoy. Sgt. Vass reported that Savoy appeared hesitant to speak with him, but did acknowledge that "Marcus" (believed to be Marcus ETIENNE") was the "shot caller" of the narcotics trafficking organization and "Mario (believed to be Mario Robinson)" was the enforcer. He further advised that he grew up with ETIENNE and that ETIENNE called him on March 30, 2016 from phone number (337) 793-5263. Sgt. Vass reported that Savoy advised during the referenced call with ETIENNE, ETIENNE told Savoy that he flew to California with the victim but came back prior to the murder and was willing to show Savoy his tickets to prove that he was not in California during the murder.

### May 12, 2016 Traffic Stop of ETIENNE and GOBERT

15.     On Thursday, May 12, 2016, the St. Landry Parish Sheriff's Office and the Louisiana State Police received information from a reliable Source of Information regarding Marcus ETIENNE, a multi-kilogram illegal narcotics trafficker within St. Landry and St. Martin parishes. ETIENNE was observed traveling southbound on I-49 and was later stopped by St. Landry Parish Sheriff's Office narcotics agents for a traffic violation.

16.     After speaking with ETIENNE, agents discovered several discrepancies with Etienne's travel plans. ETIENNE's wife, Elizabeth GOBERT, was asked to produce proper documentation for the vehicle, however was unsuccessful. Agents later observed GOBERT had bulk U.S. currency under her left thigh and later questioned her. GOBERT stated, "$1,000.00 is to pay for my dog." GOBERT advised they were coming from her mother's day care, located at 6931 Hwy 31, Opelousas, LA (Fran's Daycare) and were traveling to Youngsville, LA to purchase a narcotics

5

detection and protection dog. As GOBERT stepped out of the vehicle and stood in the front of her car, agents observed ice and a liquid substance, later identified as an illegal legend drug, Promethazine (cough syrup), on the passenger floor board. As discussed below, law enforcement also seized a USPS mail receipt from GOBERT's purse that was later tied to a shipment of 6 packages totaling approximately 47 lbs. of marijuana.

17.    After agents *Mirandized* ETIENNE, ETIENNE granted agents consent to search the vehicle. Etienne stated "Man I'm giving you a hundred percent to search it." ETIENNE also stated, "Ya'll can strip search it and take it anywhere ya'll want with it, it's not mine". A consensual search of the vehicle was conducted and resulted in Agents locating approximately $9,000.00 in U. S. Currency wrapped in a rubber band inside GOBERT's purse. ETIENNE and GOBERT were later questioned as to their employment status and stated, "We do not have a job or work." ETIENNE and GOBERT were transported to the St. Landry Parish Sheriff's Office where they were questioned further by Agents.

18.    During the *Mirandized* interview, ETIENNE stated the U.S. Currency located during the traffic stop was derived from the illegal sales of hydroponic marijuana. ETIENNE stated he just returned from Los Angeles, California to facilitate a hydroponic marijuana transaction.

19.    During the interview, ETIENNE also referenced the Thibodeaux homicide and advised that he was not in California at the time of Thibodeaux's death; however, he had been in California prior to Thibodeaux's homicide. ETIENNE stated that Thibodeaux and Savoy were working for some guy in Oakland, California concerning the marijuana trade, and advised that some of the marijuana was "caught" in the mail. Agents believe that this means the packages were intercepted by law enforcement. ETIENNE stated that Thibodeaux and Rodney Savoy approached Etienne following the mail incident and he provided Thibodeaux and Savoy with marijuana.

20.    During the interview, TFO Guidroz asked Etienne how many times ETIENNE is getting marijuana sent to Louisiana. ETIENNE advised initially twice a month and also stated

6

sometimes once a month. ETIENNE stated that he gets dope from "white people" in Humboldt, known to your affiant and Humboldt County, CA.

21.     Etienne further advised that Savoy and Thibodeaux mailed marijuana from California. ETIENNE stated that after he found out that Thibodeaux had been killed, he provided Thibodeaux's family with money.

22.     After being *Mirandized*, GOBERT was also interviewed on May 12, 2016 in St. Landry Parish, Louisiana. GOBERT stated that she was aware that ETIENNE is a narcotics dealer since some time prior to their marriage, and believed that he only dealt with marijuana. GOBERT stated that she has held money for ETIENNE, and advised that the most money she can remember is between $15,000.00 to $20,000.00 dollars. GOBERT stated that she has helped ETIENNE on two or three occasions.

23.     From experience and in communication with other law enforcement officers, SA Heideman is aware that marijuana which is grown indoors or outdoors in California may be viewed as higher quality marijuana or sometimes refered to as "Hydro" or "Dro" and generally sells for higher prices, in some areas much higher prices, in the Midwest and/or other areas throughout the United States which view the marijuana as higher quality versus lesser quality and/or more readily available marijuana.

24.     On May 12, 2016, St. Landry Parish executed a State of Louisiana Search warrant at 6931 Hwy 31, Opelousas, Louisiana. The referenced address was identified as the residence of Marcus ETIENNE and Elizabeth GOBERT. At the time of the search warrant service, Officers noted that Francisca M. Gobert, identified as Elizabeth GOBERT's mother, operated a day care and preschool on the property where ETIENNE and GOBERT resided.  SA Heideman searched Louisiana Department of Education online licensing database and retrieved the licensing detail information for license number: 15775, Facility Name: Fran's Day Care & Preschool.  The licensing detail information is contained within Attachment B of this affidavit.

25.     There were also several suspected drug ledgers located during the search warrant service. The suspected ledgers were photographed and are attached to this affidavit as Attachment C.

26.     On September 13, 2016, SA Heideman presented the photographs in Attachment C of
this affidavit to Officer Corey Winmill with the St. Martin Parish, Louisiana Sheriff's Office.
Officer Winmill identified the following known Lafayette, Louisiana narcotics traffickers listed
within attachment C of this affidavit:

- "G-Nate" was identified as Nacorvick Sacarr Green
- "Clay" was identified as Clay Robertson
- "JR" is a nickname used for Rodney Savoy
- "Dennis" was identified as Dennis Benoit, also known as Shocker
- "Troy" was identified as Troy Smith, who Officer Winmill identified as an associate of Nacorvick Sacarr Green.
- "Harry" was identified as Harry Lee Thompson

*August 2016 Murder of Rodney Savoy and Marijuana Seizure*

27.     On August 9, 2016, approximately five months after Thibodeaux's murder, Savoy was
murdered in the area of Opelousas, Louisiana, which is located in St. Landry Parish, Louisiana.

28.     During the week of August 1, 2016, SA Heideman and SA Daley traveled to Lafayette,
Louisiana for the purposes of meeting with DEA, FBI, St. Martin Parish Sheriff's Office, and
various other Law Enforcement agencies in the Lafayette, LA area concerning this investigation.
DEA TFO Dustin Guidroz provided SA Heideman with the attached affidavit in support of a
search warrant prepared by U.S Postal Inspector Augustus Magee and signed by the Honorable
United States Magistrate Judge Carol B. Whitehurst for the Western District of Louisiana, as
well as a search warrant signed by the Honorable United States Magistrate Judge Carol B.
Whitehurst for the Western District of Louisiana.   The search warrants in Attachment A
concerned the above referenced St. Landry Parish, Louisiana, Louisiana State Patrol, and DEA
investigation on May 12, 2016.  Specifically, GOBERT had the USPS mail receipt in her purse
containing the tracking numbers for the packages.  As a result of the search warrants, law
enforcement seized approximately 47 pounds of marijuana in 6 packages addressed to locations

8

in Opelousas, Louisiana. Agents believe that many of the addressees on the packages are fictitious. One addressee appears to be ETIENNE's mother.

*Cell Phone Searches*

29.     On May 13, 2016, a state of Louisiana search warrant was executed on several phones which were in the possession of ETIENNE and GOBERT during the May 12 interaction with law enforcement. SA Heideman reviewed the contents of the extraction of a ZTE Z222. SA Heideman noted, among other information, the following messages (dates/times listed below are retrieved from the extraction report):

- On 5/7/2016 at 9:36 AM, the device sent a message to telephone number (707) 761-7987, which read: Out here need something ron boy.

- On 5/7/2016, at 12:29 PM, the device received a message from telephone number (707) 761-7987 which read: Yo I found some in blue lake around 18-19 will that work for you.

- On 5/7/2016, at 12:30 PM, the device sent a message to telephone number (707) 761-7987, which read: yea.

- On 5/7/2016, at 12:51 PM, the device received a message to telephone number (707) 761-7987 which read: OK I'm calling him back in 10 minutes and I'll meet you in eureka and you can follow me there ok

- On 5/7/2016, at 12:52 PM, the device sent a message to telephone number (707) 761-7987, which read: K

- On 5/7/2016, at 12:53 PM, the device received a message from telephone number (707) 761-7987, which read: How many did you need

- On 5/7/2016, at 12:55 PM, the devise sent a message to telephone number (707) 761-7987, which read: 50 if they good

- On 5/7/2016, at 1:19 PM, the device received a message from telephone number (707) 761-7987, which read: OK on my way to eureka I'll call you and you can follow me there.

- On 5/7/2016, at 1:21 PM, the device sent a message to telephone number (707) 761-7987, which read: K

30.     Your affiant believes that the above messaging conversation occurred between ETIENNE and a source of supply for marijuana in the Eureka, California area. I also believe, based upon my experience, my familiarity with drug trafficking and my conversations with other members of law enforcement, that approximately 48 pounds of marijuana was seized during the May 12, 2016 investigation in Louisiana, that the message which reads: 50 if they good, represents 50 pounds of marijuana. Agents have also reviewed flight records from United Airlines. On May 6, 2016, ETIENNE traveled to the Arcata-Eureka airport.

31.     On May 13, 2016, a Samsung-SM-G928A was searched per the reference state of Louisiana search warrant as well, which was in the possession of ETIENNE and GOBERT at the time of the law enforcement contact. SA Heideman noted that several messages within the extraction of the device identified the device as belonging to Elizabeth GOBERT per texts from businesses, such as PayPal. Agents noted the following messages within the device:

- On 5/8/2015 the device received a message from (337)680-8074, which read: Tell Marcus they got a big drugs bust back of town in the vill

- On 2/21/2016 the device received a message from telephone number (337) 793-5263, which read: Trince o Thibodeaux 10/27/1987

- On 1/10/2016, the device sent a message to telephone number (337) 793-5263, which read: Marcus trust you don't want none of this.. you push me to my limits today. Take your your funky used Rolex and I threw your funk ass ring that's how serious I am. If the car jot back here in 30 you will see I'm tired of playing with you. If I wanna ask a question bitch I can ask. You used me for your drug trip.play cause today is the day I will show you. Fussing with me over your fat ass

10

friend . Over shit you said to me. Don't do what I say and see how real shit get.
You always wanna show me well I something to show u too. Like I wanna be
with a man who moody like a bitch. I'm over it and I'm over you.

32.     On December 5, 2016, Etienne was arrested for state of Louisiana charges. On December
7, 2016, TFO Winmill provided SA Heideman two (2) telephone downloads which he advised
were attained through a state of Louisiana search warrant, signed in the Parish of St. Martin,
Louisiana, concerning telephones which were in ETIENNE's possession at the time of his
December 5, 2016 arrest. SA Heideman noted that the extraction report of a Samsung SM-
B311V Gusto 3 was given the case name of Craig Marshall. TFO Winmill advised that he had
mislabeled the extraction and the referenced device extraction belonged to a telephone which
ETIENNE claimed was his.  SA Heideman reviewed the SMS messages content of the download
of the SM-B311V Gusto 3, which is attached to this affidavit as Attachment D, and noted the
following (Dates listed below are retrieved from the extraction report):

- On 12/5/2016 the device received a message from telephone number (337) 230-
  6301, which read: I know u see me calling, u even got your hoe line on today.
  You still with those games. Have fun Marcus. The message is contained within
  Attachment D, Line 2.

- On 12/2/2016 through 12/5/2016 the device received and sent messages to/from
  (337) 371-0923, listed as "KT" within the device. The messages are attached in
  attached D of this affidavit, pages 14 and 15, lines 52 through 40, and lines 32
  through 20.

- On 12/1/2016, the device received a message from telephone number (337) 230-
  6301, which read: Ya'll must be leaving for ya'll drug trip, but don't worry I'll
  get in touch with dustin and this time it's real. The message is contained in
  attachment D of this affidavit, page 16, line 91. SA Heideman Knows "dustin" to
  be current Louisiana State Patrol Sergeant and former DEA TFO Dustin Guidroz.

11

- On 12/1/2016, the device received a message from telephone number (337) 320-6301, which read: Well, Dustin just called me back he's out of town but he is having someone else call me. Have fun in the feds. The message is contained in Attachment D of this affidavit, page 16, line 88.

- On 12/1/2016 the device received a message from telephone number (337) 230-6301, concerning a divorce. Reference page 17, line 95 of attachment D. SA Heideman knows Etienne to be married to Elizabeth Gobert.

- On 12/1/2016, the device received and sent messages to/from (337) 371-0923, listed as "KT" within the device. The messages are attached in attachment D of this affidavit, page 18, lines 150-146 and lines 129 and 128.

- On 11/28/2016, the device sent messages to telephone number (510) 227-9502, which contained the following names and addresses: John Lee, 1323 Hwy 178, Lot 8, Opelousas, LA 70570 and Alicia Davis, 131 Bickerton Drive, Lafayette, LA 70508.  The messages are attached in attachment D of this affidavit, page 19, lines 175 and 174.

33.     From experience and in communications with other law enforcement officers, your affiant knows that drug dealers will speak to each other, to buyers, and/or to sources of supply in code while communicating on electronic devices to mask the true nature of the communications. An example of this suspected coded communication is believed to be located within the messaging between the above device and (337) 371-0923 in the form of "dog food," and as referenced on page 15, line 47 of Attachment D: "He going let me know tomorrow dog food pure bro"

*Travel Records for ETIENNE*

34.     SA Heideman has reviewed airline information retrieved from United Airlines and American Airlines during this investigation.  SA Heideman noted that ETIENNE has made multiple trips from the Houston, Texas, Lafayette, Louisiana and/or New Orleans, Louisiana to

the San Francisco Bay area and/or to the Eureka, California area between August 2015 and at least May 2016. Based upon the marijuana seizure in Louisiana in May 2016; the amounts of money listed within the suspected drug ledgers in Attachment C; the amount of money seized from ETIENNE and GOBERT during the January 2016 law enforcement contact in Houston, Texas; the statements Etienne made concerning his reception of marijuana shipments once or twice monthly from California; and the multiple trips Etienne has made to the San Francisco Bay area and/or the Eureka, California area: your affiant believes that ETIENNE, with the assistance of GOBERT, has received and caused to be shipped multiple multi-pound shipments of marijuana from the Northern California area since August of 2015. Based on that information, your affiant believes that there is probable cause to believe that the marijuana trafficking operation by ETIENNE and GOBERT has trafficked in excess of 100 kilos and was produced by in excess of 100 plants. This is based on the following calculation: conservatively estimating 40 pounds per shipment and only one shipment per month that would yield nine shipments and 360 pounds of marijuana. 100 kilos of marijuana is equal to approximately 220 pounds of marijuana.

35.     Other than the above mentioned law enforcement interception of ETIENNE and GOBERT in Houston, TX, SA Heideman noted in American Airlines records that GOBERT accompanied ETIENNE from Houston, TX to the Arcata-Eureka airport on December 13, 2015.

36.     In conversations with California law enforcement and following the review of an Alameda County, CA Sheriff's Office Training Bulletin dated November 10, 2016, SA Heideman noted the following:

- Under Proposition 64, it is *now legal* for anyone 21 years or older, to smoke, ingest, possess marijuana plants, cultivate, harvest, dry, process, transport, purchase, obtain, share, or give away certain amounts of marijuana or marijuana products, provided the marijuana product(s) is less than 28.5 grams (approximately one ounce), or 8 grams of concentrated cannabis or both, or up to 6 marijuana plants grown in a private home.

37.     The quantities of marijuana and marijuana plants involved in this investigation are far greater than one ounce of marijuana product and far more than 6 marijuana plants.

## CONCLUSION

38.     Based upon the above and attached information, your affiant believes that there is probable cause to believe that ETIENNE and GOBERT are involved in a narcotics trafficking conspiracy which traffics marijuana from sources of supply in the Northern District of California to areas in or near Lafayette, Louisiana. Your affiant believes that there is probable cause to believe that the amount of marijuana which ETIENNE and GOBERT have and continue to traffic exceeds 100 kilograms and have operated the conspiracy, in part, out of a residence which is attached to a licensed state of Louisiana children's day care facility. Specifically, there is probable cause to believe that, between at least in or around August 2015 through at least in or around May 2016 in the Northern District of California and elsewhere, ETIENNE, GOBERT and others conspired to possess with intent to distribute and to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B). Your affiant further believes that Trince Thibodeaux was a member of the narcotics trafficking organization, and was likely murdered in Oakland, California as a direct result of his involvement with the narcotics trafficking conspiracy.

//

//

## REQUEST FOR SEALING

39.     Since this investigation is ongoing, disclosure of the Complaint, this affidavit, and/or this application and the attachments thereto will jeopardize the progress of the investigation. Disclosure could result in the destruction of evidence, intimidation or collusion of witnesses, or

14

the flight of a suspect.  Accordingly, I request that the Court issue an order that the search

warrant, this affidavit in support of the application for a search warrant, the application for a

search warrant, and the attachments thereto, along with the order itself, be filed under seal until

further order of the Court.

Daniel Daley
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this _13th_ day of December, 2016.

THE HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge

15

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

|   |   |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Six (6) U. S. Priority Mail Parcels | ) <br> ) <br> )   Case No.   16-SU-0086 <br> ) <br> ) <br> ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Western _____ District of _____ Louisiana _____ *(identify the person or describe the property to be searched and give its location)*:

Six (6) U. S. Priority Mail Parcels  more specifically described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

Schedule I or II controlled substances – drugs.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____ May 23, 2016 _____
*(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.       ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Carol B. Whitehurst _____.
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  _____ May 13, 2016 at 3:39 pm _____          *Judge's signature*

City and state:     Lafayette, Louisiana _____          Carol B. Whitehurst, U.S. Magistrate Judge
                                                    *Printed name and title*



16-SU-0086

## ATTACHMENT A
Property to be Searched

**United States Priority Mail Parcels bearing Tracking Numbers:**

9505 5145 0827 6131 0066 44
9505 5145 0827 6131 0066 51
9505 5145 0827 6131 0067 12
9505 5145 0827 6131 0067 26
9505 5145 0827 6131 0066 20
9505 5145 0827 6131 0066 37

AO 106 (Rev. 04/10) Application for a Search Warrant

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

# UNITED STATES DISTRICT COURT

MAY 1 3 2016

for the
Western District of Louisiana

TONY R. MOORE, CLERK
BY _____
In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

Six (6) U. S. Priority Mail Parcels

)
)
)   Case No.  16-SU-0086
)
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Six (6) U. S. Priority Mail Parcels  more specifically described in Attachment A.

located in the _____ Western _____ District of _____ Louisiana _____ , there is now concealed *(identify the person or describe the property to be seized)*:

Schedule I or II Controlled Substances - Drugs

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 843(b) and 846 | Possession of Controlled Substances, Unlawful Use of a Communication Facility, and Conspiracy to Possess or Distribute Controlled Substances |

The application is based on these facts:

See attached Affidavit of Postal Inspector Augustus Magee.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Augustus Magee, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __5/13/16__

City and state:  Lafayette, LA

*Judge's signature*

Carol B. Whitehurst, U. S. Magistrate Judge
*Printed name and title*

16-SU-0086

## ATTACHMENT A
### Property to be Searched

United States Priority Mail Parcels bearing Tracking Numbers:

9505 5145 0827 6131 0066 44
9505 5145 0827 6131 0066 51
9505 5145 0827 6131 0067 12
9505 5145 0827 6131 0067 26
9505 5145 0827 6131 0066 20
9505 5145 0827 6131 0066 37

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

IN THE MATTER OF SEARCH     \*    SUNDRY NO. 16-SU-0086
OF U.S. POSTAL SERVICE     \*
PRIORITY MAIL PARCELS     \*    MAGISTRATE JUDGE WHITEHURST
BEARING TRACKING NUMBERS     \*
9505 5145 0827 6131 0066 44
9505 5145 0827 6131 0066 51
9505 5145 0827 6131 0067 12
9505 5145 0827 6131 0067 26
9505 5145 0827 6131 0066 20
9505 5145 0827 6131 0066 37

**AFFIDAVIT IN SUPPORT OF AN
APPLICATION UNDER RULE 41 FOR A
WARRANT TO SEARCH AND SEIZE**

I, Augustus Magee, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a United States Postal Inspector assigned to the Baton Rouge Domicile of the Houston Division. I have been so employed for over sixteen (17) years. As part of my duties, I investigate the use of the United States Mail to transport non-mailable matter, to include controlled substances such as cocaine, heroin, and marijuana in violation of Title 21, United States Code, 841(a)(1), 843(b) and 846.

2.     Your Affiant have participated in investigations which have resulted in the arrest of individuals who have received and distributed controlled substances, as well as the seizure of the illegal controlled substances and proceeds from the sale of illegal controlled substances.

3.     The following information has been obtained by me personally or has been provided to me by other postal inspectors, postal employees, or other law enforcement officers.

## ITEMS TO BE SEARCHED

4.     This affidavit is made in support of an application for a search warrant to search six (6) **United States Priority Mail Parcels** as described below:

**A. Parcel 1**

United States Priority Mail Parcel 9505 5145 0827 6131 0066 44

SENDER:          Jacob Jones
                 2760 Cleavand Ave. Apt 20
                 Santa Rosa, CA. 95408

ADDRESSEE:       Marie Jones
                 629 Lacombe St
                 Opelousas, LA. 70570

WEIGHT:          Approximately 10 pounds, 4 ounces

**B. Parcel 2**

United States Priority Mail Parcel 9505 5145 0827 6131 0066 51

SENDER:          Jacob Jones
                 2760 Cleavand Ave. Apt 20
                 Santa Rosa, CA. 95403

ADDRESSEE:       Marie Jones
                 629 Lacombe St
                 Opelousas, LA. 70570

WEIGHT:          Approximately 9 pounds, 3 ounces

2

**C. Parcel 3**

United States Priority Mail Parcel 9505 5145 0827 6131 0067 12

| | |
|---|---|
| SENDER: | Mia Lee<br>2760 Cleavand Ave. Apt 28<br>Santa Rosa, CA. 95403 |
| ADDRESSEE: | Keisha Lee<br>1215 Montreal St.<br>Opelousas, LA. 70570 |
| WEIGHT: | Approximately 10 pounds, 0 ounces |

**D. Parcel 4**

United States Priority Mail Parcel 9505 5145 0827 6131 0067 36

| | |
|---|---|
| SENDER: | Mia Lee<br>2760 Cleavand Ave. Apt 28<br>Santa Rosa, CA. 95403 |
| ADDRESSEE: | Keisha Lee<br>1215 Montreal St.<br>Opelousas, LA. 70570 |
| WEIGHT: | Approximately 8 pounds, 7 ounces |

**E. Parcel 5**

United States Priority Mail Parcel 9505 5145 0827 6131 0066 37

| | |
|---|---|
| SENDER: | Mia Lee<br>2760 Cleavand Ave. Apt 20<br>Santa Rosa, CA. 95403 |
| ADDRESSEE: | G. Etienne<br>509 Margaret St.<br>St. Martinville, LA. 70582 |
| WEIGHT: | Approximately 9 pounds, 15 ounces |

3

**F. Parcel 6**

United States Priority Mail Parcel 9505 5145 0827 6131 0066 20

| | |
|---|---|
| **SENDER:** | Mia Lee |
| | 2760 Cleavand Ave. Apt 20 |
| | Santa Rosa, CA. 95403 |
| **ADDRESSEE:** | G. Etienne |
| | 509 Margaret St. |
| | St. Martinville, LA. 70582 |
| **WEIGHT:** | Approximately 9 pounds, 4 ounces |

5.  Experience and drug trafficking intelligence have demonstrated that the United States Express Mail is frequently utilized by drug dealers for shipping illegal narcotics. The use of Priority Mail is also favored because of the reliability, speed and relatively low cost of this service, as well as the perceived minimal chance of detection of narcotics when shipped in this manner.

6.  Through experience gained in narcotics investigations by Postal Inspectors and other law enforcement agents, and through information by individuals who have been involved in the distribution of drugs using the U.S. Postal Express Mail and Priority Mail Service, the Postal Inspection Service has established a drug profile consisting of characteristics frequently shared by packages containing narcotics shipped through the U.S. Postal Service. Additionally, Postal employees have been trained to assist in identifying suspicious behavior at Postal facilities.

## THE INVESTIGATION

7.  On May 12, 2016, Your Affiant was contacted by Captain Lance Guidroz with the St. Landry Parish Sheriff Department. Captain Guidroz advised your Affiant that

4

earlier today a St. Landry Sheriff Deputy conducted a traffic stop on Interstate I-49 about mile marker 14 and issued several traffic citations to Marcus Etienne for several traffic violations. Marcus Etienne's wife, Elizabeth Gobert, was also in the vehicle at the time of this incident.   Marcus Etienne gave Sheriff Deputy Logan Kartchener permission to search the vehicle he was driving. Deputy Kartchener located approximately $10,000 in U.S. Currency inside of the vehicle, $9,000 was inside of Mrs. Gobert's purse and $1,000 was under her left thigh as she was sitting inside the vehicle.  Captain Guidroz advised your Affiant that Deputy Kartchener also recovered a USPS mailing receipt indicating several Priority Mail Parcels were mailed from Santa Rosa, CA. 95401.  Captain Guidroz stated he was advised that Marcus Etienne is a known drug dealer in the Lafayette area. Captain Guidroz provided your Affiant with the following Priority Mail Parcel Tracking numbers and stated he believes these parcel may contain a controlled substance.  The Priority Mail Parcel Tracking numbers are:

9505 5145 0827 6131 0067 12

9505 5145 0827 6131 0067 26

9505 5145 0827 6131 0066 20

9505 5145 0827 6131 0066 37

9505 5145 0827 6131 0066 44

9505 5145 0827 6131 0066 51.

Captain Guidroz advised your Affiant that during an interview with Marcus Etienne on May 12, 2016, Marcus admitted that he would travel to California about once a month to meet with his drug supply source and he would mail his drugs back to Louisiana

5

with the United States Postal Service.  Marcus told Captain Guidroz that he just returned from California on May 11, 2016 after spending ten (10) days in the Santa Rosa, CA area. Captain Guidroz also stated Marcus told him that the USPS mail receipt found in his wife's purse containing the Priority Tracking numbers were parcels that he mailed back to Louisiana and these parcels contained numerous shoes (Jordan) and denied that these parcels contained narcotics.

8.     On May 13, 2016, Your Affiant contacted the Lafayette Mail Processing Plant at 1105 Moss St. Lafayette, LA. 70501 and spoke with Postal Supervisor Sunny Gardner. Your Affiant provided Gardner with the listed tracking numbers that was received from Captain Guidroz and advised Sunny Gardner to locate the listed parcels bearing the tracking numbers.  On May 13, 2016, Your Affiant responded to the Lafayette Mail Processing Plant at 1105 Moss St. and obtained the parcels bearing the listed tracking numbers.

9.     On May 13, 2016, Your Affiant met with St. Landry Parish Sheriff Deputy Brandon Dugas and Louisiana State Police Det. Leon Defelice at the Lafayette Mail Processing Plant at 1105 Moss St. Lafayette, LA.  Deputy Dugas stated he could provide assistance in providing a narcotics canine to present the parcels for examination.  Deputy Dugas brought his narcotics canine "Dino" who is currently certified through the National Narcotics Drug Detection Association (NNDDA) to present the parcels for examination. "Dino" was last certified as a drug detection canine in January 2016 and is trained to detect various narcotics including marijuana, cocaine and Heroin.  Deputy Dugas advised that he is very familiar with "Dino's" actions and by sniffing then passively sitting next to

6

the parcel, Dino is "alerting" to the presence of controlled substances inside. The listed Priority Mail parcels were subsequently separately presented to "Dino" for examination. Deputy Dugas advised Your Affiant that "Dino" did alert separately to each of the six (6) parcels presented indicating the presence of possible narcotics in the parcels.

10.     It is the experience of Your Affiant that the listed Priority Mail Parcels likely contain drugs and even money associated with drugs. Both narcotics and money associated with drug dealing have odors which are detectable by trained and certified narcotics canines, such as "Dino".

11.     Based on facts set forth in this Affidavit, Your Affiant believes there is probable cause that the aforementioned subject Priority Mail Parcels contains narcotics, narcotics paraphernalia, or proceeds from or related to the sale of narcotics.

12.     Affiant, therefore, seeks the issuance of a search warrant directing the seizure of the Priority Mail Parcels and the search of these parcels, and the contents contained therein, to determine any potential violations of Title 21, United States Code, Sections 841(a), 843(b) and 846.


Augustus Magee
United States Postal Inspector


Sworn to before me and subscribed in my presence at Lafayette, Louisiana, on this _13th_ day of May, 2016.


CAROL B. WHITEHURST
, United States Magistrate Judge

7

Department of Education | State of Louisiana                                    Page 1 of 2



# Licensing

## Licensing Detail Information

| | |
|---|---|
| License Number: | 15775 |
| Facility Name: | Fran's Day Care & Pre School |
| Facility Address: | 6925 Hwy 31<br>Opelousas, LA 70570 |
| Contact Name: | Francisca Gobert, Director |
| Phone Number: | 337-948-4500 |
| Program Type: | Child Day Care |
| License Type: | Type III |
| Night Time Care: | No |
| Transportation: | No |
| Days/Hours of Operation: | Mon:   6:30a - 5:30p<br>Tues:   6:30p - 5:30p<br>Wed:   6:30a - 5:30p<br>Thurs:  6:30a - 5:30p<br>Fri:   6:30a - 5:30p<br>Sat:   Closed<br>Sun:   Closed |
| Subprograms: | Early Learning Center III |
| NAEYC Accreditation: | No          NAEYC Accreditation Information |
| Star Rating: | No Star Rating   More information regarding Quality Start Rating system<br>More information regarding the center's program<br>Information for parents from Child Care Aware |

Inspection visit information is available online. However, if a report is not available of if you are unable to access the report, you may contact the DOE Licensing Division at (225)342-9906 for this information.

All PDF documents contains forms. The filling of form fields is not supported due to browser incompatibility with Chrome and Firefox. To view the PDF in these browsers, Either disable the browser's pdf viewer or please "Right-Click" and choose the (Firefox)"Save Page as" or (Chrome)"Save as" once the pdf has loaded.

| Last 15 Inspection Visit(s) | |
|---|---|
| Date | Notes |
| 06/23/2016 | Report is not available on-line. You may contact Licensing for a hard copy at a cost of $0.25 per page. |
| 03/10/2016 | Click Here |
| 02/03/2016 | Click Here |
| 10/27/2015 | No deficiencies were cited on this date. |
| 09/22/2015 | Click Here |
| 03/23/2015 | No deficiencies were cited on this date. |
| 02/18/2015 | Click Here |
| 01/12/2015 | Click Here |
| 05/29/2014 | Click Here |
| 02/19/2014 | Click Here |
| 12/11/2013 | No deficiencies were cited on this date. |
| 11/18/2013 | Click Here |
| 10/08/2013 | Click Here |
| 09/23/2013 | Click Here |
| 07/02/2013 | No deficiencies were cited on this date. |



Act No. 1463 of 1997 amended the child care licensing act (La. R.S. 46:1401 et seq.) to authorize limited access to valid finding of child abuse, neglect or exploitation occurring at the center to parents of a child enrolled at a center, or to parents who have formally applied to enroll a child at a center. Disclosure to, or access by, any other person is prohibited by law and punishable under the criminal statutes of this State.

Department of Education | State of Louisiana                                    Page 2 of 2

**Search License Facilities by Parish Map**

The posted information is provided by law R.S. 46:1426 to serve as a source of official information. Although the Louisiana Department of Education (LDE) Division of Licensing attempts to ensure the accuracy of the information listed, the official records are those in the offices of the LDE Division of Licensing. The LDE Division of Licensing makes no warranty, either express or implied, as to the accuracy or completeness of the data. Centers in pending status are not listed, and recent changes in a center's status may not be posted immediately. Persons wishing current, official information may contact the LDE Division of Licensing directly at (225)342-9905.

Office hours are 8:00 a.m. to 4:30 p.m. Monday-Friday (excluding legal holidays).

This website displays all current facilities licensed by the LDE Division of Licensing. If you are unable to locate a facility on this website that you have seen to be in operation, please contact the LDE Division of Licensing at (225)342-9905 as the facility may be in operation in violation of the law.

JR = 34,100 + 3,500 + 1,500 = 39,100
− 15,000 = 24,100

DJ − 15,500 − 9,000 = 6,500 + 6×9 = 24,800
24,800 + 6,500 + 3,500 = 34,800 = 27,500
H-Town = 8,500  5,000 = 3,500

Clay = 12,800 = 3,300

Money = 7,900

Re Nu = 3,500 + 9,500 = 7,000

Slim = 3,500

6-Nate = 24,400 + 8×360 = 24,800 =
49,800
20,000 − 150.00 New

7 × 2500 = 17,500  ?lbs

6-Nate
20,000 − old Bill
15,600 = 16,600 New / 4k-18
+7,500 = 2,500 / 16
9,000 − 5,500 − 4,000 / 200 × 5,600

C



① Nick – 59,400 + 36,000 = 95,400 + 700 0
= 103,400 ( –500 ) = 104,900
② Plum = 58,000
③ Nate = 87,000
④ Money = 10,500
⑤ D.J = 10,000 + 18,500 = 28,500
⑥ Dennis = 4,800
⑦ Trey = 7,000
⑧ Ronny = 35,000
⑨ Hosey = 3000 + 2,000 = 5,000
⑩ Keywit = 6,000
⑪



C.

old
√
J.R. 24,100 + 31,000 = 55,100

D — J 18,600 + 3,500 = 22,100 + 1,000
33,100 - 7,000 = 26,100

Ke Nev = 10,500

6 - Nat = 14,000 + 10,000 = 24,000

H - Town = 10,500

## SMS Messages (219)

* These details are cross-referenced from this device's contacts

| # | Folder | Party | Time | All timestamps | Status | Message | Deleted |
|---|--------|-------|------|----------------|--------|---------|---------|
| 1 | Inbox | From 3372306301 | 12/5/2016 11:15:44 PM(UTC+0) | | Unread | You hoe and that's all it is to it | |
| 2 | Inbox | From 3372306301 | 12/5/2016 11:14:06 PM(UTC+0) | | Unread | I know u see me calling, u even got your hoe line on today. You still with those games. Have fun Marcus | |
| 3 | Inbox | From 3376923207 | 12/5/2016 7:15:36 PM(UTC+0) | | Read | Did you get my message | |
| 4 | Inbox | From 3376923207 | 12/5/2016 5:21:11 PM(UTC+0) | | Read | Did you get my message | |
| 5 | Inbox | From 3376923207 | 12/5/2016 4:47:09 PM(UTC+0) | | Read | You gone wait til I get off | |
| 6 | Outbox | To 3376923207 | 12/5/2016 3:01:03 PM(UTC+0) | | Sent | K | |
| 7 | Inbox | From 3376923207 | 12/5/2016 2:30:19 PM(UTC+0) | | Read | I'm text you when she bring to me | |
| 8 | Outbox | To 3376923207 | 12/5/2016 2:29:25 PM(UTC+0) | | Sent | How long | |
| 9 | Inbox | From 3376923207 | 12/5/2016 2:28:42 PM(UTC+0) | | Read | Ok | |
| 10 | Outbox | To 3376923207 | 12/5/2016 2:28:03 PM(UTC+0) | | Sent | Holw gohst | |
| 11 | Inbox | From 3376923207 | 12/5/2016 2:24:01 PM(UTC+0) | | Read | Think she should go to Walmart or Holy Ghost | |
| 12 | Outbox | To 3373710923 KT* | 12/5/2016 5:19:47 AM(UTC+0) | | Sent | Bet | |
| 13 | Outbox | To 3376923207 | 12/5/2016 4:44:55 AM(UTC+0) | | Sent | K | |
| 14 | Drafts | To 3373710923 KT* | 12/5/2016 4:44:52 AM(UTC+0) | | Unsent | Al | |
| 15 | Drafts | To 3373710923 KT* | 12/5/2016 4:44:50 AM(UTC+0) | | Unsent | Al | |
| 16 | Inbox | From 3373710923 KT* | 12/5/2016 4:44:36 AM(UTC+0) | | Read | Td bout to c wht it do | |
| 17 | Inbox | From 3376923207 | 12/5/2016 4:42:33 AM(UTC+0) | | Read | Is that some drink | |
| 18 | Inbox | From 3373710923 KT* | 12/5/2016 1:56:14 AM(UTC+0) | | Read | See do it peps wnt tht help | |
| 19 | Inbox | From 3377818646 | 12/4/2016 11:29:27 PM(UTC+0) | | Read | Wya bro im in op | |
| 20 | Inbox | From 3373710923 KT* | 12/4/2016 6:34:07 PM(UTC+0) | | Read | Gasing | |
| 21 | Inbox | From 3373710923 KT* | 12/4/2016 7:11:07 AM(UTC+0) | | Read | K | |
| 22 | Outbox | To 3373710923 KT* | 12/4/2016 7:10:19 AM(UTC+0) | | Sent | No they let us know tomorrow | |
| 23 | Inbox | From 3373710923 KT* | 12/4/2016 7:09:04 AM(UTC+0) | | Read | Bet b ther then,ima call bfo I leave to make sure u up bro! They must change there mind bout the hound? | |
| 24 | Outbox | To 3373710923 KT* | 12/4/2016 7:05:52 AM(UTC+0) | | Sent | 9 | |
| 25 | Outbox | To 3373710923 KT* | 12/4/2016 7:05:11 AM(UTC+0) | | Sent | Yea | |
| 26 | Inbox | From 3373710923 KT* | 12/4/2016 6:55:04 AM(UTC+0) | | Read | Thts u on tht 352 #? | |
| 27 | Inbox | From 3373710923 KT* | 12/4/2016 6:51:49 AM(UTC+0) | | Read | Ima just wait tell morning!wht time u get up | |
| 28 | Outbox | To 3373710923 KT* | 12/4/2016 6:46:01 AM(UTC+0) | | Sent | Come i got u | |
| 29 | Inbox | From 3373710923 KT* | 12/4/2016 2:39:14 AM(UTC+0) | | Read | U wnt me to com tonite | |

14

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | Inbox | From 3373710923 KT* | 12/4/2016 1:44:12 AM(UTC+0) | | Read | Bro |
| 31 | Inbox | From 3373710923 KT* | 12/4/2016 12:33:38 AM(UTC+0) | | Read | Bro just let me spend wht I got! |
| 32 | Inbox | From 3373710923 KT* | 12/3/2016 9:45:58 PM(UTC+0) | | Read | Bro I'm not rushin u but do u wht time u wnt me to come? ITs the Christmas festival  n  my city this weekend, got som plays waiting   ... Just tryin to c bro |
| 33 | Inbox | From 3376924705 | 12/2/2016 6:18:30 PM(UTC+0) | | Read | Whats snoop number |
| 34 | Outbox | To 3376924705 | 12/2/2016 6:15:51 PM(UTC+0) | | Sent | K |
| 35 | Inbox | From 3376924705 | 12/2/2016 6:15:41 PM(UTC+0) | | Read | I got 1 out the box |
| 36 | Inbox | From 3372306301 | 12/2/2016 2:08:29 PM(UTC+0) | | Read | All I ask was for u to answer and u can't do that. What's so hard about that??? |
| 37 | Inbox | From 3372306301 | 12/2/2016 2:01:03 PM(UTC+0) | | Read | It's all good... u not answering the phone again just like last nite |
| 38 | Outbox | To 3377728371 | 12/2/2016 11:49:21 AM(UTC+0) | | Sent | They leaving me with it |
| 39 | Inbox | From 3387090853 | 12/2/2016 7:04:17 AM(UTC+0) | | Read | Historic west garyville la |
| 40 | Inbox | From 3373710923 KT* | 12/2/2016 6:39:17 AM(UTC+0) | | Read | U waitin to c can com 31.8? |
| 41 | Outbox | To 3373710923 KT* | 12/2/2016 5:52:00 AM(UTC+0) | | Sent | K |
| 42 | Inbox | From 3373710923 KT* | 12/2/2016 5:51:45 AM(UTC+0) | | Read | Fosho Fosho cause I'm Putin it together now |
| 43 | Outbox | To 3373710923 KT* | 12/2/2016 5:32:33 AM(UTC+0) | | Sent | Saturday |
| 44 | Inbox | From 3373710923 KT* | 12/2/2016 5:28:07 AM(UTC+0) | | Read | Bet u still wnt me to com threw tomoro |
| 45 | Outbox | To 3373710923 KT* | 12/2/2016 5:26:16 AM(UTC+0) | | Sent | 4 r 5 |
| 46 | Inbox | From 3373710923 KT* | 12/2/2016 5:25:29 AM(UTC+0) | | Read | K, how many pts it can take |
| 47 | Outbox | To 3373710923 KT* | 12/2/2016 5:18:18 AM(UTC+0) | | Sent | He going let me know tomorrow dog food pure bro |
| 48 | Inbox | From 3373710923 KT* | 12/2/2016 5:16:05 AM(UTC+0) | | Read | Why yall decided on the hound? |
| 49 | Drafts | To 3373710923 KT* | 12/2/2016 1:54:36 AM(UTC+0) | | Unsent | |
| 50 | Inbox | From 3373710923 KT* | 12/2/2016 1:54:16 AM(UTC+0) | | Read | Shit clean clean |
| 51 | Outbox | To 3373710923 KT* | 12/2/2016 1:36:49 AM(UTC+0) | | Sent | 25 bro |
| 52 | Inbox | From 3373710923 KT* | 12/2/2016 12:54:01 AM(UTC+0) | | Read | How much do tha zips bro |
| 53 | Inbox | From 3372306301 | 12/1/2016 9:34:36 PM(UTC+0) | | Read | They threw things at my car |
| 54 | Inbox | From 3372306301 | 12/1/2016 9:34:22 PM(UTC+0) | | Read | Her kids just stop me on the interstate I called 911 the cops meeting g me at the social Security office now |
| 55 | Inbox | From 3372306301 | 12/1/2016 9:34:20 PM(UTC+0) | | Read | Come home |
| 56 | Outbox | To 3372306301 | 12/1/2016 9:30:33 PM(UTC+0) | | Sent | K No answer |
| 57 | Inbox | From 3372306301 | 12/1/2016 9:29:44 PM(UTC+0) | | Read | I been begging for u to be home and to act right but u can't even do thst |
| 58 | Inbox | From 3372306301 | 12/1/2016 9:28:38 PM(UTC+0) | | Read | You haven't been taking care of home u got too much on ur plate |
| 59 | Outbox | To 3372306301 | 12/1/2016 9:28:20 PM(UTC+0) | | Sent | Is that a answer |
| 60 | Inbox | From 3372306301 | 12/1/2016 9:28:02 PM(UTC+0) | | Read | You don't wanna be here, how I'm stealing our bill money |

| 61 | Inbox | From 3372306301 | 12/1/2016 9:27:36 PM(UTC+0) | | Read | I fought enough for this marraige | |
| 62 | Outbox | To 3372306301 | 12/1/2016 9:27:20 PM(UTC+0) | | Sent | Do u want me 2 come back | |
| 63 | Inbox | From 3372306301 | 12/1/2016 9:26:20 PM(UTC+0) | | Read | Coming in all good? You wouldn't give me time to talk about the money and I wasn't gonna let u beat me | |
| 64 | Outbox | To 3372306301 | 12/1/2016 9:17:44 PM(UTC+0) | | Sent | What i did u could of say the truth likes coming in all good | |
| 65 | Inbox | From 3372306301 | 12/1/2016 9:16:29 PM(UTC+0) | | Read | We ain't gonna never be right | |
| 66 | Inbox | From 3372306301 | 12/1/2016 9:15:03 PM(UTC+0) | | Read | You do way too much | |
| 67 | Inbox | From 3372306301 | 12/1/2016 9:14:28 PM(UTC+0) | | Read | On my way back to op | |
| 68 | Inbox | From 3372306301 | 12/1/2016 9:14:07 PM(UTC+0) | | Read | Lafayette | |
| 69 | Inbox | From 3372306301 | 12/1/2016 9:13:47 PM(UTC+0) | | Read | I tired of living like this being stressed i'm just over it. I'm gonna be that broke bitch. | |
| 70 | Outbox | To 3372306301 | 12/1/2016 9:13:36 PM(UTC+0) | | Sent | Wya | |
| 71 | Outbox | To 3372306301 | 12/1/2016 9:11:55 PM(UTC+0) | | Sent | U Want a pic | |
| 72 | Inbox | From 3372306301 | 12/1/2016 9:11:34 PM(UTC+0) | | Read | Since when u go to the mall lol | |
| 73 | Outbox | To 3372306301 | 12/1/2016 9:07:50 PM(UTC+0) | | Sent | Mall crazy | |
| 74 | Outbox | To 3372306301 | 12/1/2016 9:07:02 PM(UTC+0) | | Sent | U Lie | |
| 75 | Inbox | From 3372306301 | 12/1/2016 9:04:35 PM(UTC+0) | | Read | Stay there keep everything I don't even know why I reacted on that. We' re done . I wish u the best of luck cause u need it | |
| 76 | Inbox | From 3372306301 | 12/1/2016 9:04:18 PM(UTC+0) | | Read | I'm done... I just seen you there looking out the door | |
| 77 | Outbox | To 3372306301 | 12/1/2016 7:21:01 PM(UTC+0) | | Sent | Yes i will | |
| 78 | Inbox | From 3372306301 | 12/1/2016 6:19:01 PM(UTC+0) | | Read | Hey play all u want, it's all good I know I'm not getting shit,your dog won't be ready until tomorrow | |
| 79 | Inbox | From 3372306301 | 12/1/2016 5:42:25 PM(UTC+0) | | Read | Pulling up | |
| 80 | Inbox | From 3372306301 | 12/1/2016 5:22:27 PM(UTC+0) | | Read | Very sad u left me with shit | |
| 81 | Outbox | To 3372306301 | 12/1/2016 5:20:47 PM(UTC+0) | | Sent | Sad BITCH | |
| 82 | Inbox | From 3372306301 | 12/1/2016 5:20:03 PM(UTC+0) | | Read | What my momma gonna stop | |
| 83 | Inbox | From 3372306301 | 12/1/2016 5:19:53 PM(UTC+0) | | Read | Bitch I'm grown | |
| 84 | Inbox | From 3372306301 | 12/1/2016 5:14:02 PM(UTC+0) | | Read | U can answer and I'll stop but if not I'm getting out the car and doing this. It's up to u don't say I didn't warn u | |
| 85 | Inbox | From 3372306301 | 12/1/2016 5:10:25 PM(UTC+0) | | Read | I'm telling them about her getting on the plane with money | |
| 86 | Inbox | From 3372306301 | 12/1/2016 5:09:49 PM(UTC+0) | | Read | On my way just seen ur people. I'll send u a recordings of us talking when I make it to show u I'm not playing | |
| 87 | Inbox | From 3372306301 | 12/1/2016 4:50:37 PM(UTC+0) | | Read | You could of just left but you chose to leave me with nothing | |
| 88 | Inbox | From 3372306301 | 12/1/2016 4:47:53 PM(UTC+0) | | Read | Well . Dustin just called me back he's out of town but he is having someone else call me. Have fun in the feds | |
| 89 | Inbox | From 3372306301 | 12/1/2016 4:45:26 PM(UTC+0) | | Read | Your was right the 5 I took for the bills which u took 3 the 1000 in the room and other 2500. But u wanted to act crazy and meet Clarissa.  Now ur life is over since that's what u like to say so I'm about that now | |
| 90 | Inbox | From 3372306301 | 12/1/2016 4:36:21 PM(UTC+0) | | Read | Now I'm gonna show.yall how to pay cop, if I have nothing so will u. | |
| 91 | Inbox | From 3372306301 | 12/1/2016 4:19:19 PM(UTC+0) | | Read | Ya'll must be leaving for ya'll drug trip, but don't worry I'll get in touch with dustin and this time it's real | |

| 92 | Inbox | From 3372306301 | 12/1/2016 4:01:07 PM(UTC+0) | | Read | Oh my bad he home... on my way let's see if his dick will get hard |
|---|---|---|---|---|---|---|
| 93 | Inbox | From 3372306301 | 12/1/2016 3:59:30 PM(UTC+0) | | Read | Now ya'll wanna play and her daughter... Dreekie on his way home now, I'm gonna show u who dick I'm gonna be on today. I might just be her step momma |
| 94 | Inbox | From 3372306301 | 12/1/2016 3:53:52 PM(UTC+0) | | Read | And the other stuff |
| 95 | Inbox | From 3372306301 | 12/1/2016 3:53:38 PM(UTC+0) | | Read | I on my way to get some more divorce papers sign them I leaving them with ur dad. The house is lock u can not get any of your things just call it a lost. I sure ur shoes will help me get what I need |
| 96 | Inbox | From 3372306301 | 12/1/2016 3:47:38 PM(UTC+0) | | Read | Now I'm on my way to the police station to get tell them how ya'll harassing me. I got all the text from now and the past |
| 97 | Inbox | From 3372306301 | 12/1/2016 3:31:25 PM(UTC+0) | | Read | Bitch ur done. You gonna she in just a few how I'm not playing |
| 98 | Inbox | From 3372306301 | 12/1/2016 3:24:46 PM(UTC+0) | | Read | Cause we all know why u not answering |
| 99 | Inbox | From 3372306301 | 12/1/2016 3:24:31 PM(UTC+0) | | Read | Let me know where to drop ur dog along with ur things.i don't want ur shit here, if u don't tell me you gonna she where I put it |
| 100 | Inbox | From 3372306301 | 12/1/2016 9:07:36 AM(UTC+0) | | Read | Or my sister.. you so fake |
| 101 | Inbox | From 3372306301 | 12/1/2016 8:54:13 AM(UTC+0) | | Read | Whatever I stole it |
| 102 | Outbox | To 3372306301 | 12/1/2016 8:44:18 AM(UTC+0) | | Sent | Swear its gone |
| 103 | Inbox | From 3372306301 | 12/1/2016 8:11:32 AM(UTC+0) | | Read | And bitch u know I didn't steal shit |
| 104 | Inbox | From 3372306301 | 12/1/2016 8:10:15 AM(UTC+0) | | Read | No that's just how much I hate u and don't give a fuck..... it hurts u when I hurt her |
| 105 | Inbox | From 3372306301 | 12/1/2016 7:47:45 AM(UTC+0) | | Read | Them likes coming in ......... |
| 106 | Inbox | From 3372306301 | 12/1/2016 7:39:42 AM(UTC+0) | | Read | Instagram a Bitch |
| 107 | Inbox | From 3372306301 | 12/1/2016 7:39:27 AM(UTC+0) | | Read | Now the whole world know u a drug dealer and fuck with this hoe |
| 108 | Inbox | From 3372306301 | 12/1/2016 7:38:46 AM(UTC+0) | | Read | And look where u went |
| 109 | Inbox | From 3372306301 | 12/1/2016 7:38:05 AM(UTC+0) | | Read | Far from stupid |
| 110 | Inbox | From 3372306301 | 12/1/2016 7:37:29 AM(UTC+0) | | Read | Oh now u got Clarissa phone she call u on off lmao |
| 111 | Inbox | From 3372306301 | 12/1/2016 7:35:57 AM(UTC+0) | | Read | Trash!!@ |
| 112 | Inbox | From 3372306301 | 12/1/2016 7:35:32 AM(UTC+0) | | Read | U ain't gotta answer I know u with her it was ur plan. When I called u today and u didn't answer u was with her. You lose me for real this time. But watch how my life turn out and I'm gonna make sure the next Nigga I'm with won't be a low down dope dealer |
| 113 | Inbox | From 3372306301 | 12/1/2016 7:13:51 AM(UTC+0) | | Read | U know ow I'm the laws I wonder if her husband wanna get in on it lmao 1 |
| 114 | Inbox | From 3372306301 | 12/1/2016 7:11:12 AM(UTC+0) | | Read | U left don't think tomorrow gonna be different |
| 115 | Inbox | From 3372306301 | 12/1/2016 7:10:31 AM(UTC+0) | | Read | Go fix ur bitch car cause sugar in that tank |
| 116 | Inbox | From 3372306301 | 12/1/2016 7:09:50 AM(UTC+0) | | Read | You should of watch what kind of bitch u married now I really done |
| 117 | Inbox | From 3372306301 | 12/1/2016 7:09:19 AM(UTC+0) | | Read | Check my instagram and see if I really care now. The feds calling u and when u get there I won't be there for u enjoy your last couple of free days lmao |
| 118 | Inbox | From 3372306301 | 12/1/2016 7:08:35 AM(UTC+0) | | Read | Omw |
| 119 | Inbox | From 3372306301 | 12/1/2016 7:04:02 AM(UTC+0) | | Read | He started his shit again |
| 120 | Inbox | From 3372306301 | 12/1/2016 7:02:55 AM(UTC+0) | | Read | Done |
| 121 | Inbox | From 3372306301 | 12/1/2016 7:02:40 AM(UTC+0) | | Read | Tore my room up |

| 122 | Inbox | From 3372306301 | 12/1/2016 7:02:30 AM(UTC+0) | | Read | Watch!!! This one time I gonna cry, she if I'm playing blocking u to make sure I don't hear from u |
| 123 | Inbox | From 3372306301 | 12/1/2016 7:01:33 AM(UTC+0) | | Read | Sign the papers ... cause I'm gonna hurt u like u hurt me |
| 124 | Inbox | From 3372306301 | 12/1/2016 7:00:47 AM(UTC+0) | | Read | I calling fran now and I'm telling her u not allowed back cause u took all my stuff. And u dog really loose cause that's how much I care now |
| 125 | Inbox | From 3372306301 | 12/1/2016 6:59:30 AM(UTC+0) | | Read | But I swear I selling that stuff tomorrow  I'm gonna be ok |
| 126 | Inbox | From 3372306301 | 12/1/2016 6:59:20 AM(UTC+0) | | Read | And now u know it's over. U did this I wasn't gonna let u beat on me, Now I know all this fake u took everything u played me again. |
| 127 | Outbox | To 3372306301 | 12/1/2016 6:54:59 AM(UTC+0) | | Sent | U Ask me 2 leave please and I did |
| 128 | Inbox | From 3373710923 KT* | 12/1/2016 6:53:50 AM(UTC+0) | | Read | Dam |
| 129 | Inbox | From 3373710923 KT* | 12/1/2016 6:53:47 AM(UTC+0) | | Read | Wht urs go fo |
| 130 | Inbox | From 3372306301 | 12/1/2016 6:53:32 AM(UTC+0) | | Read | Bye forever |
| 131 | Inbox | From 3372306301 | 12/1/2016 6:53:17 AM(UTC+0) | | Read | I just dropped  ur dog there and fucked her car up |
| 132 | Inbox | From 3372306301 | 12/1/2016 6:46:32 AM(UTC+0) | | Read | Pay back coming soon, u gonna be so so sad when I finish with u. Now u ain't gotta worry about hearing from me ever again |
| 133 | Inbox | From 3372306301 | 12/1/2016 6:43:59 AM(UTC+0) | | Read | U want ur money and drugs? |
| 134 | Inbox | From 3372306301 | 12/1/2016 6:39:12 AM(UTC+0) | | Read | Come outside |
| 135 | Inbox | From 3372306301 | 12/1/2016 6:38:31 AM(UTC+0) | | Read | Bills not even paid |
| 136 | Inbox | From 3372306301 | 12/1/2016 6:37:45 AM(UTC+0) | | Read | U really left me with shit but it's all good |
| 137 | Inbox | From 3372306301 | 12/1/2016 6:35:27 AM(UTC+0) | | Read | Bitch u came over here with that on ur mind see if the cops don't forget to her house tonite |
| 138 | Inbox | From 3372306301 | 12/1/2016 6:31:51 AM(UTC+0) | | Read | And I left ur stupid ass dog outside |
| 139 | Inbox | From 3372306301 | 12/1/2016 6:30:14 AM(UTC+0) | | Read | I'm on my way over there with ur drugs see if I'm playing tonite |
| 140 | Inbox | From 3372306301 | 12/1/2016 6:28:57 AM(UTC+0) | | Read | U can take everything but u not getting that back and u not allowed back over here unless it's with a cop |
| 141 | Inbox | From 3372306301 | 12/1/2016 6:28:11 AM(UTC+0) | | Read | Watch you forgot about ur heroin, bitch I hope u burn in he'll for all the bad things  u did and I'm gonna be that bitch to put u there. Now u know |
| 142 | Inbox | From 3372306301 | 12/1/2016 6:23:11 AM(UTC+0) | | Read | You wanted to go be with ur bitch u got that,never again now let this bitch see this cause ya'll say I play the cops. Watch u destroyed my house for the last time bitc |
| 143 | Inbox | From 3372306301 | 12/1/2016 6:21:32 AM(UTC+0) | | Read | Make sure u stay gone.. I got ur other shit and see what I do with it. |
| 144 | Inbox | From 3372306301 | 12/1/2016 6:15:03 AM(UTC+0) | | Read | It's always drama with ur bitch ass |
| 145 | Inbox | From 3372306301 | 12/1/2016 6:10:27 AM(UTC+0) | | Read | Hello |
| 146 | Outbox | To 3373710923 KT* | 12/1/2016 5:20:36 AM(UTC+0) | | Sent | I Got 3 books of that |
| 147 | Outbox | To 3373710923 KT* | 12/1/2016 5:18:43 AM(UTC+0) | | Sent | Boy |
| 148 | Inbox | From 3373710923 KT* | 12/1/2016 5:18:33 AM(UTC+0) | | Read | Dog food!!!!! |
| 149 | Outbox | To 3373710923 KT* | 12/1/2016 5:17:49 AM(UTC+0) | | Sent | What kind |
| 150 | Inbox | From 3373710923 KT* | 12/1/2016 5:17:22 AM(UTC+0) | | Read | None of ur pep need food |
| 151 | Inbox | From 3372306301 | 12/1/2016 5:15:45 AM(UTC+0) | | Read | I have my niece  and she sleeping can u please leave |
| 152 | Inbox | From 3372306301 | 12/1/2016 4:34:42 AM(UTC+0) | | Read | That's the last time u gonna do that shit to me. I didn't take shit and that's a promise |

| | | | | | | |
|---|---|---|---|---|---|---|
| 153 | Inbox | From 3372306301 | 12/1/2016 4:33:56 AM(UTC+0) | | Read | Please get out |
| 154 | Inbox | From 3372306301 | 12/1/2016 4:19:46 AM(UTC+0) | | Read | I'm not going back in the until.u gone |
| 155 | Inbox | From 3372306301 | 12/1/2016 4:07:29 AM(UTC+0) | | Read | U got ten mins then I'm gonna show u |
| 156 | Outbox | To 3372306301 | 11/30/2016 9:04:29 PM(UTC+0) | | Sent | K |
| 157 | Inbox | From 3372306301 | 11/30/2016 9:03:48 PM(UTC+0) | | Read | Jada don't need to go, she drinking and everything |
| 158 | Inbox | From 3372306301 | 11/30/2016 7:42:45 PM(UTC+0) | | Read | U ain't gotta answer... watch the shit I start today and I don't give a fuck if u leave, U have no more control over me. Bitch I'll fuck ur whole life up and won't give a fuck. That's how much I hate ur ass bitch |
| 159 | Inbox | From 3367090853 | 11/30/2016 2:24:34 AM(UTC+0) | | Read | 337 414 3392 |
| 160 | Inbox | From 7029294778 | 11/30/2016 1:00:31 AM(UTC+0) | | Read | Thanx bro |
| 161 | Outbox | To 7029294778 | 11/30/2016 12:58:11 AM(UTC+0) | | Sent | Denish Patel |
| 162 | Inbox | From 3376920495 | 11/29/2016 11:32:17 PM(UTC+0) | | Read | 7029294778 |
| 163 | Outbox | To 3376920495 | 11/29/2016 11:27:08 PM(UTC+0) | | Sent | Joe Willie Austin jr |
| 164 | Inbox | From 7029294778 | 11/29/2016 11:25:58 PM(UTC+0) | | Read | Joe Willie Austin jr |
| 185 | Outbox | To 3367090824 | 11/29/2016 9:16:55 PM(UTC+0) | | Sent | Got mud |
| 166 | Inbox | From 3372306301 | 11/29/2016 4:57:27 PM(UTC+0) | | Read | Wow!!! It's over because of something I did , because of the fucked up shit u did.... you didn't wanna be here , you was here because it's what u thought u wanted. I know u have feelings for this tramp it's very obvious |
| 167 | Outbox | To 3372306301 | 11/29/2016 4:54:41 PM(UTC+0) | | Sent | Over |
| 168 | Inbox | From 3372306301 | 11/29/2016 4:42:00 PM(UTC+0) | | Read | I don't think you realize how bad u hurt me.you stop showing me attention and affection more then 6 months ago, You never wanna talk about it, u would rather push it to the side, I never thought in my life u would put another woman before me, but u did, You pillow talked, stay with her in California and never once thought about how bad and hurt I was, Not to mention her son, you around these people but still allow them to come for me. Why? Why did u do this? At one point we was happy, you let ur habits and money get to you. You changed, I don't know what u was missing to go there, but u did. The hurt is something u will never understand. Oh and let's not forget how u can't call her for me but u always over there, U say u love me , but where is the communication. You can sign it but I'm not signing anything. Yes I got the paper , I didn't want you to sign them now it was just in case  you would do it again because I refuse to let u do that to me again |
| 169 | Inbox | From 3372306301 | 11/29/2016 4:29:12 PM(UTC+0) | | Read | Nigga u don't love me, u love that hoe |
| 170 | Inbox | From 3372306301 | 11/29/2016 4:27:56 PM(UTC+0) | | Read | I got it to show u I was not playing., really for the next time I would do something. But whatever get mad sign them whatever, U started this by putting a hoe before me, Now go finish fuck ing and taking care of ur hoe |
| 171 | Inbox | From 3372306301 | 11/29/2016 6:23:45 AM(UTC+0) | | Read | And I don't wanna hear that I was sleeping shit.......you know why u not answering. |
| 172 | Inbox | From 3372306301 | 11/28/2016 9:20:21 PM(UTC+0) | | Read | I heard the bitch earlier, I'm  not mad you want me to play side wife , so side wife is what it is. |
| 173 | Inbox | From 3372306301 | 11/28/2016 9:19:14 PM(UTC+0) | | Read | I know why u have that car... keep it so u can keep doing what u do, I'm not mad.. bothering you? Lmao never again!!!! |
| 174 | Outbox | To 5102279502 | 11/28/2016 8:42:13 PM(UTC+0) | | Sent | Alica Davis        131 Bickerton Dr  Lafayette La 70508 |
| 175 | Outbox | To 5102279502 | 11/28/2016 8:39:01 PM(UTC+0) | | Sent | John Lee       1323 hwy 178 Lot 8 Opelousas La 70570 |
| 176 | Outbox | To 3374467426 | 11/28/2016 4:28:00 PM(UTC+0) | | Sent | Thats hitt |

| 177 | Inbox | From 3376808074 | 11/28/2016 2:23:51 PM(UTC+0) | | Read | Cuz Justin (337) 654-9861 | |
| 178 | Inbox | From 7029294778 | 11/28/2016 12:18:26 AM(UTC+0) | | Read | Erica breaux do 2000 n this one an 1000 n Joe Willie Austin jr | |
| 179 | Inbox | From 5042088262 | 11/27/2016 11:38:56 PM(UTC+0) | | Read | I take 2 | |
| 180 | Inbox | From 5042088262 | 11/27/2016 11:38:50 PM(UTC+0) | | Read | Outsid | |
| 181 | Inbox | From 900070002319 | 11/26/2016 3:02:11 PM(UTC+0) | | Read | Free VZW Msg: Never miss a payment with Auto Pay. Sign up at vzw.com/myverizon today. To stop msg reply x. | |
| 182 | Inbox | From 7029294778 | 11/24/2016 1:14:56 AM(UTC+0) | | Read | Call me | |
| 183 | Inbox | From 3373546414 | 11/23/2016 4:05:13 PM(UTC+0) | | Read | Fam can u line me up for a hp | |
| 184 | Inbox | From 3372306301 | 11/23/2016 2:58:21 AM(UTC+0) | | Read | U got me fucked up... u turned the music off and I heard her | |
| 185 | Outbox | To 7029294778 | 11/23/2016 12:51:59 AM(UTC+0) | | Sent | K | |
| 186 | Inbox | From 7029294778 | 11/23/2016 12:51:43 AM(UTC+0) | | Read | 3654 west 112th st Inglewood ca 90303  Olivia sims | |
| 187 | Inbox | From 3372306301 | 11/21/2016 4:31:19 PM(UTC+0) | | Read | U want soup? | |
| 188 | Inbox | From 2252409936 | 11/21/2016 12:39:21 AM(UTC+0) | | Read | It's ok. Just figured I'd let you know. | |
| 189 | Outbox | To 2252409936 | 11/21/2016 12:38:35 AM(UTC+0) | | Sent | Sorry | |
| 190 | Outbox | To 2252409366 | 11/21/2016 12:37:47 AM(UTC+0) | | Sent | This hit | |
| 191 | Inbox | From 2252409936 | 11/21/2016 12:37:03 AM(UTC+0) | | Read | I don't know who you think you're calling, but you have the wrong number. You're Callin' Baton Rouge... Whatever man you have, good luck to ya. | |
| 192 | Inbox | From 3372306301 | 11/20/2016 8:13:32 PM(UTC+0) | | Read | You not by nobody??? Why don't u ask her what she sent me | |
| 193 | Inbox | From 3372306301 | 11/20/2016 6:45:59 PM(UTC+0) | | Read | You finally got away to call lol | |
| 194 | Inbox | From 3372306301 | 11/20/2016 12:25:19 PM(UTC+0) | | Read | I see u couldn't get away from Clarissa last nite and this is why I don't want this anymore. Just know!! | |
| 195 | Inbox | From 3372306301 | 11/20/2016 7:14:45 AM(UTC+0) | | Read | . | |
| 196 | Outbox | To 3372306301 | 11/20/2016 7:12:35 AM(UTC+0) | | Sent | K | |
| 197 | Inbox | From 3372306301 | 11/20/2016 4:39:39 AM(UTC+0) | | Read | That's fine you don't have to answer, I won't answer until Monday. Have fun | |
| 198 | Inbox | From 3372306301 | 11/20/2016 3:18:09 AM(UTC+0) | | Read | Let me know when u ready | |
| 199 | Inbox | From 3372306301 | 11/19/2016 11:44:18 PM(UTC+0) | | Read | Go to Clarissa , I'm not mad | |
| 200 | Outbox | To 3372306301 | 11/19/2016 11:42:48 PM(UTC+0) | | Sent | K Going get room | |
| 201 | Inbox | From 3372306301 | 11/19/2016 11:41:30 PM(UTC+0) | | Read | If u wanna meet up and talk later about what's our next move with the divorce  we can. I fear for my life with u in the house | |
| 202 | Inbox | From 3372306301 | 11/19/2016 11:36:27 PM(UTC+0) | | Read | K see u monday!!! Go be with Clarissa and he family, I won't stalk or call | |
| 203 | Outbox | To 3372306301 | 11/19/2016 11:34:52 PM(UTC+0) | | Sent | If u want me to leave im leave | |
| 204 | Inbox | From 3372306301 | 11/19/2016 11:27:09 PM(UTC+0) | | Read | I'll take care of it | |
| 205 | Inbox | From 3372306301 | 11/19/2016 11:26:54 PM(UTC+0) | | Read | No I will them when I get back | |
| 206 | Outbox | To 3372306301 | 11/19/2016 11:24:47 PM(UTC+0) | | Sent | Did u feed the dogs | |
| 207 | Outbox | To 3372306301 | 11/19/2016 10:59:11 PM(UTC+0) | | Sent | I ask u to hold on u starding hollaing | |

| 208 | Inbox | From 3372306301 | 11/19/2016 10:57:07 PM(UTC+0) | | Read | Hang up and answer u hoe see if I text or answer u back until Monday. I'm going enjoy myself and my life | |
| 209 | Inbox | From 3372306301 | 11/19/2016 10:53:53 PM(UTC+0) | | Read | I'm not answering for u anymore either | |
| 210 | Inbox | From 3372306301 | 11/19/2016 10:41:51 PM(UTC+0) | | Read | I'll drop ur things to bone tomorrow so u and ur new family can pick it up there. I'm also serious about the divorce papers | |
| 211 | Outbox | To 5042088262 | 11/19/2016 10:19:30 PM(UTC+0) | | Sent | Hitt me asap | |
| 212 | Outbox | To 7025269149 | 11/19/2016 9:24:44 PM(UTC+0) | | Sent | Thats hitt | |
| 213 | Outbox | To 7025269149 | 11/19/2016 9:16:40 PM(UTC+0) | | Sent | Thats hitt | |
| 214 | Inbox | From 5042088262 | 11/19/2016 8:45:22 PM(UTC+0) | | Read | 5046576936 | |
| 215 | Inbox | From 4242219288 | 11/19/2016 3:56:28 AM(UTC+0) | | Read | VZW-FREE-MSG: Your Account Security Code has been updated to 3486. You will need this to access My Prepay Account or when calling Customer Service | |
| 216 | Inbox | From 900080004000 | 11/19/2016 3:56:27 AM(UTC+0) | | Read | Free VZW Msg: Good news! Your $30.00 monthly plan is ready to use and will be good through 12/17/2016. Visit vzw.com/myverizon for more details. | |
| 217 | Inbox | From 900080004000 | 11/19/2016 3:56:25 AM(UTC+0) | | Read | VZW FREE MSG: $45.00 has been posted to your account. | |
| 218 | Inbox | From 4242219288 | 11/19/2016 3:56:23 AM(UTC+0) | | Read | VZW-FREE-MSG: $45.00   has been added to your account. | |
| 219 | | | - | | Unknown | $@@@@@@£@¡ | Yes |

Timeline (524)

| # | Type | Direction | Attachm ents | Location s | Timestamp | Party | Description | Deleted |
|---|---|---|---|---|---|---|---|---|
| 1 | Contacts | | | | 1/1/1980 12:00:02 AM | | #BAL | |
| 2 | Contacts | | | | 1/1/1980 12:00:02 AM | | #DATA | |
| 3 | Contacts | | | | 1/1/1980 12:00:02 AM | | #MIN | |
| 4 | Contacts | | | | 1/1/1980 12:00:02 AM | | #PMT | |
| 5 | Contacts | | | | 1/1/1980 12:00:02 AM | | #UPG | |
| 6 | Contacts | | | | 1/1/1980 12:00:02 AM | | Directory Assistance | |
| 7 | SMS Messages | Incoming | | | 11/19/2016 3:56:23 AM(UTC+0) | From: 4242219288 | VZW-FREE-MSG: $45.00   has been added to your account. | |
| 8 | SMS Messages | Incoming | | | 11/19/2016 3:56:25 AM(UTC+0) | From: 900080004000 | VZW FREE MSG: $45.00 has been posted to your account. | |
| 9 | SMS Messages | Incoming | | | 11/19/2016 3:56:27 AM(UTC+0) | From: 900080004000 | Free VZW Msg: Good news! Your $30.00 monthly plan is ready to use and will be good through 12/17/2016. Visit vzw.com/myverizon for more details. | |
| 10 | SMS Messages | Incoming | | | 11/19/2016 3:56:28 AM(UTC+0) | From: 4242219288 | VZW-FREE-MSG: Your Account Security Code has been updated to 3486. You will need this to access My Prepay Account or when calling Customer Service | |
| 11 | Images | | | | 11/18/2016 11:41:14 PM | | 1118161740.jpg | |
| 12 | Images | | | | 11/19/2016 12:06:56 PM | | 1119160606.jpg | |
| 13 | SMS Messages | Incoming | | | 11/19/2016 8:45:22 PM(UTC+0) | From: 5042088262 | 5046576936 | |
| 14 | SMS Messages | Outgoing | | | 11/19/2016 9:16:40 PM(UTC+0) | To: 7025269149 | Thats hitt | |
| 15 | SMS Messages | Outgoing | | | 11/19/2016 9:24:44 PM(UTC+0) | To: 7025269149 | Thats hitt | |
| 16 | SMS Messages | Outgoing | | | 11/19/2016 10:19:30 PM(UTC+0) | To: 5042088262 | Hitt me asap | |
| 17 | SMS Messages | Incoming | | | 11/19/2016 10:41:51 PM(UTC+0) | From: 3372306301 | I'll drop ur things to bone tomorrow so u and ur new family can pick it up there. I'm also serious about the divorce papers | |
| 18 | SMS Messages | Incoming | | | 11/19/2016 10:53:53 PM(UTC+0) | From: 3372306301 | I'm not answering for u anymore either | |
| 19 | SMS Messages | Incoming | | | 11/19/2016 10:57:07 PM(UTC+0) | From: 3372306301 | Hang up and answer u hoe see if I text or answer u back until Monday. I'm going enjoy myself and my life | |