# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

CR 17 0093

MARCUS ETIENNE, a/k/a "Hitler," and
ELIZABETH GOBERT





DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute and Possess with Intent to Distribute Marijuana

---

A true bill.

*Karen Williams*
Foreman

Filed in open court this ___16___ day of
___February 2017___.

*Laurel Beeler*
United States Magistrate Judge

Clerk

Bail, $ __No process__

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

--- OFFENSE CHARGED ---

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute and Possess with Intent to Distribute Marijuana

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Please see attachment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

--- DEFENDANT - U.S ---

▶ Elizabeth Gobert

WHA

DISTRICT COURT NUMBER
CR 17 0093

--- PROCEEDING ---

Name of Complaintant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  BRIAN J. STRETCH

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  WILLIAM FRENTZEN

--- DEFENDANT ---

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
   Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

FILED FEB 16 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:          Before Judge:

Comments:

## ATTACHMENT TO PENTALY SHEET

## (Elizabeth Gobert)

Not less than 5 years or more than 40-years imprisonment;

Not more than $5,000,000 fine;

Not less than 4 years supervised release; and

$100 special assessment.


After the filing of a prior conviction pursuant to 21 U.S.C. Section 851 (if applicable):

Not less than 10 years or more than life imprisonment;

Not more than $8,000,000 fine;

Not less than 8 years supervised release; and

$100 special assessment.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**
21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute and Possess with Intent to Distribute Marijuana

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Please see attachment.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ Marcus Etienne, a/k/a "Hitler"

**DISTRICT COURT NUMBER**
CR 17 0093    WHA

**DEFENDANT**

**PROCEEDING**
Name of Complaintant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    BRIAN J. STRETCH
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    WILLIAM FRENTZEN

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

*FILED FEB 16 2017 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction    ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?    ☐ Yes ☐ No    If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## ATTACHMENT TO PENTALY SHEET
### (Marcus Etienne, a/k/a "Hitler")

Not less than 5 years or more than 40-years imprisonment;

Not more than $5,000,000 fine;

Not less than 4 years supervised release; and

$100 special assessment.

After the filing of a prior conviction pursuant to 21 U.S.C. Section 851 (if applicable):

Not less than 10 years or more than life imprisonment;

Not more than $8,000,000 fine;

Not less than 8 years supervised release; and

$100 special assessment.

BRIAN J. STRETCH (CABN 163973)
United States Attorney

FILED
FEB 16 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 17 0093 WHA |
| v. | VIOLATIONS:<br>21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) –<br>Conspiracy to Distribute and Possess with Intent to Distribute Marijuana |
| MARCUS ETIENNE, a/k/a "Hitler," and ELIZABETH GOBERT,<br><br>Defendants. | SAN FRANCISCO VENUE |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:    (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) – Conspiracy to Distribute and Possess with Intent to Distribute Marijuana)

From a date unknown to the Grand Jury, but since at least in or about August of 2015 and continuing up to and including December of 2016, in the Northern District of California and elsewhere, the defendants,

MARCUS ETIENNE, a/k/a "Hitler,"

and ELIZABETH GOBERT,

together with others known and unknown to the Grand Jury, knowingly and intentionally conspired to

INDICTMENT

distribute and to possess with intent to distribute a Schedule I controlled substance, to wit, 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(B).

DATED: 2/16/17

A TRUE BILL.

_Karen Williams_
FOREPERSON

BRIAN J. STRETCH
United States Attorney

_Barbara J. Valliere_
BARBARA J. VALLIERE
Chief, Criminal Division

(Approved as to form: _/s/_ )
AUSA WILLIAM FRENTZEN
AUSA DAMALI TAYLOR

INDICTMENT